# THIRD COURT OF APPEALS
#### \*\*\*\*\*
## CLERK'S REQUEST FOR EXTENSION
## OF TIME TO FILE CLERK'S RECORD

Appellate Case Number: 03-15-00011-CV   Trial Court Number: 14-0187-C26

Style: Clare Trevarthen VS.

_____

_____

_____
VS.
Nationstar Mortgage, LLC; Auction.com;
Jeremiah McClain: Pamela Cirkiel
Shamica Thomas; and Helen G. Kinneman

_____

Counsel/Party Requesting Record:
Name David Rogers
Firm: _____
Address:  1201 Spyglass Drive., Suite 100
          Austin, TX 78746

_____

_____

Phone: 512-923-1836

I, Angela Garcia. Deputy of Williamson County District Clerk, am unable to file the clerk's record in the above styled case by  January 23, 2015 for the following reasons:

__XXXX___   Appellant has not paid or made arrangements to pay for the record.
_____   Appellant has only made a partial payment for the record.
_____   Appellant has made required payment and has fled a written designation, but due to work
            load, I have been unable to complete the record.
_____   Other (specify)

2 Notices have been mailed out to the attorney regarding cost of Clerks Record.  As of today January 16, 2015, there has been no reply.

I estimate the record in this appeal to be approximately 1 volume(s) with each volume being no more 1MB.

It is respectfully requested that an extension be granted to: (date) February 27, 2015

Signature

Court:_____

_____

_____

Address:  LISA DAVID
          _District Clerk_
          _Williamson County_
          P. O. Box 24
          Georgetown, Texas 78627
Telephone: (512) __943-1212_____
Fax: (512)__943-1222_____

_____Additional information reflected on back

***PLEASE RETURN ORIGINAL TO COURT OF APPEALS – DO NOT FAX***
Third Court of Appeals, P.O. Box 12547, Capital Station, Austin, TX 78711-2547